AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ARTHUR GINDER<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

3:20-mj- *1369-MCR*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 2020_____ in the county of _____Nassau_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4) | Access with intent to view a visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Wilson, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: *October 20, 2020*
_____
*Judge's signature*

City and state: _____Jacksonville, Florida_____

MONTE C. RICHARDSON, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

**INTRODUCTION**

I, Ashley Wilson, being duly sworn, hereby state as follows:

1.       I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS), and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas for approximately 6 years also as a Special Agent. I have a Bachelor's degree in Criminal Justice. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child

exploitation offenses.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by other Special Agents, law enforcement officers and personnel. This affidavit is made in support of a complaint against Robert Arthur GINDER, that is, in Nassau County, in the Middle District of

2

Florida, and elsewhere, on or about June 2020, GINDER did access with intent to view a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of which involved the use of a prepubescent minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(4).

4.     On October 16, 2020, I applied for and obtained a federal search warrant for the residence located at 54022 Turning Leaf Drive, Callahan, Florida 32011, which I believed to be occupied by GINDER, among others, and a copy of which is attached hereto as Exhibit 1, and the facts and information contained therein are hereby incorporated by reference. I was the affiant for the affidavit in support of the application for this search warrant, and I am familiar with the facts contained therein.

5.     On October 20, 2020, HSI Jacksonville Special Agents executed the aforementioned search warrant at approximately 6:05 a.m. at 54022 Turning Leaf Drive, Callahan, Florida 32011.

6.     Clay County Sheriff's Office Detective and HSI Task Force Officer Ryan Ellis and I made contact with GINDER. After being advised of and waiving his *Miranda* rights, GINDER agreed to speak with us. I recorded the interview. Among other things, GINDER provided the following information:

(a)     GINDER has lived at the current residence for approximately 10

3

years with his wife and son. GINDER provided his cell phone number and multiple email addresses. GINDER uses Verizon Wireless for cell phone service and Comcast for internet services at the residence. GINDER stated the residence has Wi-Fi and is password protected.

(b)     During the search of GINDER's bedroom, HSI Special Agents discovered two cell phones on a dresser next to the bed. GINDER stated both of the cell phones belong to him. GINDER stated the iPhone 10 in a red case is used for work and his personal cell phone is a black Apple iPhone 11. GINDER stated he has had it for approximately one to two years and provided the password to both cell phones.

(c)     GINDER stated he uses various social media applications, including Snapchat, Wickr, Tumblr, Facebook, Kik, Instagram and Mega. GINDER admitted to receiving a Mega link while using either Tumblr or Wickr. GINDER stated he downloaded the Mega application on his cell phone and created a Mega account in order to access the link. GINDER admitted to joining the Mega group chat that contained numerous images and videos of child exploitation material.

(d)     I showed GINDER the color photograph and two videos containing child exploitation material that was distributed in the group chat on May 20, 2020. The file names were "tara 5yr 045.jpg," "cp tara ocho años.mp4," and "new__pthc_2007_tara_8yr_-_tara_kinderkutje_pedo_ptsc.wmv." I also showed

4

GINDER a color video containing child exploitation material that was distributed in the group chat on June 5, 2020 that was titled "Toddler rape.mp4."

7.     GINDER admitted he has seen the aforementioned files containing child exploitation material and viewed all of the files approximately two to three months ago while he was a member of the Mega group chat. GINDER stated he clicked on images that were being shared and distributed within the group chat to make them bigger. GINDER stated once he clicked on the videos contained within the group chat, the video would automatically start playing. GINDER admitted to clicking on and opening the images and videos containing child exploitation material, but could not provide a specific number of files he viewed.

8.     GINDER admitted to creating and deleting two Mega accounts. During a forensic preview examination of GINDER's Apple iPhone 11, I was able to view evidence of, within forensic software, the following two email addresses as associated to Mega accounts: hammer1209@yahoo.com and frsupplyguy@yahoo.com. The forensic examination of all of GINDER's devices is ongoing.

9.     Based upon the foregoing facts, and including those facts set forth in Exhibit 1, I have probable cause to believe that, in Nassau County, in the Middle District of Florida, and elsewhere, in or about June 2020, GINDER did knowingly access with intent to view a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting

interstate and foreign commerce, by any means, when the production of which involved the use of a prepubescent minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, in violation of 18 U.S.C. § 2252(a)(4).


_____
ASHLEY WILSON, Special Agent
Homeland Security Investigations


Subscribed and sworn to before me this
20th day of October, 2020, at Jacksonville, Florida.


_____
MONTE C. RICHARDSON
United States Magistrate Judge

6