UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED IN OPEN COURT**
/0·29·2020

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:20-cr-141-J-32JRK
                                      18 U.S.C. § 2252(a)(4)(B)
ROBERT ARTHUR GINDER                  18 U.S.C. § 2252(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about June 2020, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT ARTHUR GINDER,

did knowingly access with intent to view and attempt to access with intent to view a matter which contained a visual depiction that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## COUNT TWO

On or about February 6, 2020, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT ARTHUR GINDER,

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

On or about December 4, 2019, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT ARTHUR GINDER,

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about September 11, 2019, in the Middle District of Florida, and elsewhere, the defendant,

ROBERT ARTHUR GINDER,

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Count One through Four are incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252(a)(4)(b) and/or 18 U.S.C. § 2252(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation

3

of chapter 110;

      b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

      c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ASHLEY WASHINGTON
Assistant United States Attorney

By: _____
KELLY KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

5

FORM OBD-34
10/29/20 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROBERT ARTHUR GINDER

## INDICTMENT

Violations:  18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 29th day

of October, 2020.

_____
Clerk

Bail  $_____

GPO 863 525