UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO. 3:20-cr-141-TJC-JRK

ROBERT ARTHUR GINDER

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States of America files this unopposed motion to continue the sentencing hearing in this case currently scheduled for July 28, 2021 at 2:00 p.m., and in support states as follows:

1. The sentencing hearing for defendant is currently set for July 28, 2021 at 2:00 p.m. There are no pending objections to the presentence report or to the application of the sentencing guidelines.

2. The offense in this case involved approximately 39,206 images and 2,644 videos. At the time the Presentence Investigation Report was prepared, the identities of all of the minors in the images and videos had not been identified. The materials had been provided to the National Center for Missing and Exploited Children (NCMEC) for identification. This process allows for notice to all known victims and allows them the opportunity to be heard by the Court. Many victims often submit victim impact statements and others submit restitution claims. The right for victims

to be heard, among other rights, is guaranteed under the Crime Victims' Rights Act (CVRA–18 U.S.C. § 3771) and other relevant federal statutes.

3. In his plea agreement, the defendant agreed to make restitution to all minor victims of his child pornography offenses, whether charged or uncharged. *See* Doc. 33 at 3-4.

4. It took a significant amount of time to identify victims in this case. Due to the COVID-19 pandemic, NCMEC's operations have been significantly slowed down. It was not until July 15, 2021 that NCMEC was able to make some identifications of the minor victims. At this time, the United States is still waiting on the victim identification report that is used to contact the victims, as well as to access any victim impact statements previously provided. To allow time to receive this report and notify the victims, it is estimated that 30 additional days are needed to ensure all victims will have a meaningful opportunity to exercise their rights under the CVRA.

5. The undersigned has conferred with counsel for defendant, Mark Rosenblum, Esquire, and counsel has no objection to a continuance.

6. This continuance is not sought for undue delay and would not unfairly prejudice the defendant.

Wherefore, the United States respectfully requests this Court continue the sentencing hearing for at least 30 days to allow all of the victims in this case to

receive notice of the sentencing hearing and allow them a meaningful opportunity to exercise their rights under the CVRA.

        Respectfully submitted,

        Karin Hoppmann
        Acting United States Attorney

        */s/ Ashley Washington*
By:  ASHLEY WASHINGTON
      Assistant United States Attorney
      USAO No. 177
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:  (904) 301-6300
      Facsimile:   (904) 301-6310
      E-mail: Ashley.Washington2@usdoj.gov

U.S. v. Robert Arthur Ginder          Case No. 3:20-cr-141-TJC-JRK

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark Rosenblum, Esq.
Counsel for Defendant

/s/ Ashley Washington
ASHLEY WASHINGTON
Assistant United States Attorney