# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.   3:20-cr-141-TJC-JRK

ROBERT ARTHUR GINDER

_____

## NOTICE OF SCHEDULING HEARING

**TAKE NOTICE** that this case is hereby **SET** for a **sentencing hearing** on **September 16, 2021 at 10:00 a.m.**[1] before the Honorable Timothy J. Corrigan, United States District Judge, in Courtroom No. 10D, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[2]

DATED:    August 23, 2021           **TIMOTHY J. CORRIGAN**
                                    United States District Judge
                                    By:   s/ Marielena Diaz
                                              Courtroom Deputy Clerk

Copy to:
Ashley Washington, AUSA
Mark Rosenblum, Esquire
U.S. Probation
U.S. Marshals Service
Defendant

---

[1] The Court has reserved **two (2) hours** for this hearing.

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.