# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.   3:20-cr-141-TJC-JRK

ROBERT ARTHUR GINDER

## NOTICE OF RESCHEDULING SENTENCING HEARING

**TAKE NOTICE** that the sentencing hearing previously set for September 16, 2021 at 10:00 a.m. before the Honorable Timothy J. Corrigan, United States District Judge, in Courtroom No. 10D, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida is **RESCHEDULED** for **September 21, 2021 at 9:30 a.m.**[1]

The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.  Cell phones must be turned off while in the courtroom.

---

[1] The Court has reserved two (2) hours for this sentencing hearing.

DATED:     September 14, 2021

                                                  **TIMOTHY J. CORRIGAN**
                                                  United States District Judge
                                                  By:   s/ Marielena Diaz
                                                          Courtroom Deputy Clerk

Copy to:
Ashley Washington, Esquire
Mark Rosenblum, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant