UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT ARTHUR GINDER | CASE NO. 3:20-cr-141-TJC-JRK |
| Counsel for Government:<br>Ashley Washington | Counsel for Defendant:<br>Mark Rosenblum |

HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop
U.S. Probation: Amanda Henry

## CLERK'S MINUTES

**PROCEEDINGS OF:** SENTENCING

Plea previously accepted.

Defendant adjudged guilty on Count **Two of the Indictment.**

Imprisonment:   **NINETY (90) MONTHS**

The Court makes the following recommendations to the Bureau of Prisons:

- Incarceration in FCI Coleman.
- Defendant receive sexual offender treatment.
- Defendant receive traditional mental health treatment.
- Defendant participate in any available educational and vocational programs.

Supervised Release: **<u>TEN (10) YEARS. However, after five (5) years of supervised release, the Probation Office should review defendant's progress on supervised release to determine if it is still necessary</u>**

Special conditions of supervised release:

- Defendant shall participate as directed in a program of mental health treatment.

- The defendant shall participate in psychosexual treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

- The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vacation, or is a student, as directed by the probation officer. The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title 1 of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109 248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

- The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, day care centers, theme parks, playgrounds, etc.

- The defendant is prohibited from possessing, subscribing to, or viewing any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

- Without prior written approval of the probation officer, the defendant is prohibited from either possessing or using a computer (including a smart phone, a hand held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, defendant's place of employment, or an educational facility. Also, defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including defendant's employer, defendant must inform the third party of this restriction, including the computer inspection provision.

- The defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

- The defendant shall provide the probation officer access to any requested financial information.

- The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

Defendant shall cooperate in the collection of DNA as directed by the probation officer.

Drug testing is suspended.

Special Assessment: __$100.00__ to be paid immediately.

Restitution deferred until further Order of the Court.

Counts One, Three and Four of the Indictment are dismissed.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: September 21, 2021                    Time: 9:35 a.m. – 10:38 a.m.