UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:20-cr-141-TJC-JRK

ROBERT ARTHUR GINDER

## ORDER OF RESTITUTION

This case is before the Court for the determination of restitution. On September 21, 2021, the Court held a sentencing, and sentenced the defendant to 90 months of imprisonment, followed by ten years of supervised release. At the sentencing hearing, the Court deferred ruling on restitution. On December 6, 2021, the parties filed a joint motion for restitution and stipulation. After reviewing the parties' joint motion for restitution and stipulation, the Court grants the motion.

**ORDERED:**

The defendant, Robert Arthur Ginder, shall pay restitution in the amount of $51,000, with payment of $3,000 to the victims of each of the following series: "Sweet White Sugar", "Lighthouse1", "BluePillow1", "Surfer Hair", "8 Kids", "SpongeB", "Jan_Socks" (4 victims), "At School", "Marineland1", "MotorCouch", "Jenny", "CinderBlockBlue", "Teal&PinkPrincess2", and "Misty" Series.

The restitution is to be paid [*pro rata*] in accordance with the following terms: This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims. While in Bureau of Prisons custody, Defendant Robert Arthur Ginder shall either (1) pay at least $25.00 quarterly if he has a non-Unicor job or (2) pay at least 50% of his monthly earnings if he has a Unicor job. Upon release from custody, he shall pay restitution at the rate of $50.00 per month. At any time during the course of post-release supervision, the victims, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay, and the Court may adjust the payment schedule accordingly. The defendant does not have the ability to pay interest and the Court waives the interest requirement for restitution.

Accordingly, no restitution hearing needs to be scheduled as this Order fully addresses the outstanding restitution claims made in this case.

DONE and ORDERED in Jacksonville, Florida, this 9 day of December, 2021.

TIMOTHY J. CORRIGAN
Chief United States District Judge

Copies furnished to:

Counsel of record
U.S. Marshal
U.S. Pretrial Services
U.S. Probation

Bureau of Prisons
U.S.D.C. Finance Department-Orlando